IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TRUIST BANK,<br><br>    Interpleader Plaintiff,<br><br>v.<br><br>BRASS KEY REALTY and DESTINY R. HARDWICK,<br><br>    Interpleader Defendants. | CASE NO.: |

## INTERPLEADER COMPLAINT

Truist Bank ("Truist"), by its undersigned counsel and pursuant to 28 U.S.C. §§ 1335 and 1397, brings this interpleader complaint against the interpleader Defendants, Brass Key Realty and Destiny R. Hardwick (collectively, "Claimants"), to resolve conflicting and competing claims to $5,147.41 in funds held at Truist Bank (the "Fund"), in an account in Hardwick's name:

**I.    PARTIES, JURISDICTION, AND VENUE**

1. Truist is a disinterested stakeholder that initiated this interpleader action to resolves others' conflicting claims to the Fund. Truist has no interest in the Fund. Pursuant to 28 U.S.C. § 1335, Truist's citizenship is not relevant to this action.

2. Upon information and belief, and according to records maintained by the Pennsylvania Secretary of State, Brass Key Realty is the d/b/a of Lopez T. Thompson, an individual, who resides in and is a citizen of the Commonwealth of Pennsylvania. As set forth below, Brass Key Realty may have an interest in the Fund.

3. Upon information and belief, Hardwick resides in and is a citizen of the State of Florida. As set forth below, Hardwick may have an interest in the Fund.

4.  This Court has subject matter jurisdiction because Claimants are diverse from one another, and the sum at issue (i.e., the Fund) exceeds $500.  *See* 28 U.S.C. § 1335.

5.  Venue is properly laid here because, upon information and belief, Brass Key Realty resides in this District.  *See* 28 U.S.C. § 1397 ("Any civil action of interpleader … under section 1335 of this title may be brought in the judicial district in which one or more of the claimants reside.").

## II.  FACTS

6.  On or about July 8, 2023, Hardwick opened a Truist bank account ending in 1336 (the "Account").

7.  On or about July 26, 2023, Brass Key Realty initiated a wire transfer of $15,876.00 from its account at non-party Wells Fargo Bank, N.A. to the Account.

8.  Brass Key Realty asserts that it was tricked into wire-transferring those funds to the Account.

9.  As of the date of this filing, the Account is restrained.  Truist continues to hold a portion of the wire-transferred funds (i.e., the Fund—$5,147.41).

10.  Truist is unable to determine which (if any) Claimants have a legitimate interest in the Fund, let alone the priority of such interests.

11.  Thus, Truist now interpleads the Fund, so the Court may determine who (as between Claimants) is entitled to the Fund.

### COUNT ONE – INTERPLEADER

12.  Truist incorporates all preceding paragraphs as if fully set forth herein.

13.  Each Claimant has asserted or may assert a conflicting interest in the Fund.

14.  Truist is not in a position to weigh Claimants' conflicting claims to the Fund.

15.  Truist is an impartial stakeholder with no interest in the Fund.

16.     Pursuant to 28 U.S.C. § 1335, Truist seeks an order allowing it to deposit the Fund into the Court's registry, so the Court may conduct proceedings to determine the proper disposition of the Fund.

WHEREFORE, Truist respectfully requests that this Court: (1) allow Truist to deposit the Funds into this Court's registry; (2) require Claimants to each appear and litigate among themselves their claims to the Fund, to establish its or her respective claim, if any; (3) discharge Truist from any other or further liability relating to the Fund; (4) prohibit Claimants from instituting or further pursuing any other proceedings against Truist Bank, in any court or tribunal, for recovery of any portion of the Fund; (5) dismiss Truist from the action; and (6) award such other relief as the Court deems just and equitable under the circumstances.

Dated:  December 19, 2025         /s/ Justin Kerner
                                  Justin Kerner, Esq.
                                  BALLARD SPAHR LLP
                                  700 East Gate Drive, Suite 330
                                  Mount Laurel, NJ  08054-0015
                                  Telephone: 856.761.3448
                                  Email: kernerj@ballardspahr.com

                                  *Counsel for Interpleader Plaintiff, Truist Bank*